UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARCUS F., et al.

Plaintiffs,

-against-                                                    26-cv-0148 (LAK)

DAMIA HARRIS-MADDEN, et al.

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/16/2026__

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

Plaintiffs yesterday having filed a motion for expedited discovery (Dkt 17), it is hereby ordered as follows:

1.    Any opposition to the motion shall be filed no later than January 23, 2026.

2.    Any reply papers in support of the motion shall be filed no later than January 26, 2026, at noon.

3.    The Court will confer with counsel and hear argument on the motion on January 27, 2026, at 11 a.m.; in Courtroom 26B, 500 Pearl Street, New York, NY 10007.

4.    As defendants have not appeared by counsel yet, plaintiffs shall serve today a copy of this order on the Attorney General of the State of New York.

SO ORDERED.

Dated:        January 16, 2026

_____
Lewis A. Kaplan
United States District Judge