

**MEMO ENDORSED**

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

February 5, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/26

**By ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    <u>Marcus F. v. Harris-Madden</u>,
             1:26-cv-00148-LAK (S.D.N.Y.)

Dear Judge Kaplan:

      Pursuant to Your Honor's Rules for Individual Practices at 4, defendants DaMia Harris-Madden, in her official capacity as Commissioner of the New York State Office of Children and Family Services ("OCFS"), and Norman Hall, in his official capacity as Deputy Commissioner of OCFS's Division of Juvenile Justice and Opportunities for Youth (collectively, "Defendants"), write to respectfully request leave to file under seal a letter motion requesting entry of a protective order.

      The letter motion quotes from an ex parte order entered under seal in <u>ABC v. DEF</u>, No. 26-mc-5 (S.D.N.Y. Jan. 7, 2026), ECF No. 4. A redacted version, with minimal redactions, will be filed contemporaneously with the sealed version.

      Thank you for your consideration of this request.

                        Sincerely,

                        /s/ Meaghan E. Brennan
                        Meaghan E. Brennan
                        Assistant Attorney General
                        (212) 416-8411
                        Meaghan.Brennan@ag.ny.gov

cc: Counsel of record

*Granted*

SO ORDERED

LEWIS A. KAPLAN USDJ 2/6/26