UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/26

| | |
|---|---|
| Marcus F., et al., | |
| Plaintiffs, | Case No. 1:26-cv-148-LAK |
| v. | |
| DaMia Harris-Madden, et al., | [Proposed] Stipulation and Order of Confidentiality |
| Defendants. | |

WHEREAS Plaintiffs have brought this action against Defendants DaMia Harris-Madden, in her official capacity as Commissioner of the New York State Office of Children and Family Services ("OCFS") and Norman Hall, in his official capacity as Deputy Commissioner of OCFS's Division of Juvenile Justice and Opportunities for Youth, for declaratory and injunctive relief over OCFS's alleged policy and practice of solitary confinement of youth in OCFS secure placement facilities;

WHEREAS Plaintiffs brought this action anonymously under pseudonym as two minor named plaintiffs under Federal Rule of Civil Procedure 5.2 and on behalf of two non-minor named plaintiffs under this Court's Order Granting Non-Minor Plaintiffs' Motion to Proceed Anonymously Under Pseudonym, Dkt. 26-mc-5 (January 7, 2026), ECF No. 4;

WHEREAS Plaintiffs have agreed to provide Defendants and their counsel, the Attorney General of the State of New York ("OAG"), information identifying each named plaintiff, including their names and dates of birth;

Case 1:26-cv-00148-LAK   Document 35   Filed 02/13/26   Page 2 of 7

WHEREAS the parties enter into this agreement in response to the Court's Order Granting Non-Minor Plaintiffs' Motion to Proceed Anonymously Under Pseudonym, Dkt. 26-mc-5 (January 7, 2026), ECF No. 4, reserving all rights and objections with respect to that Order, and to preserve minor plaintiffs' anonymity under Federal Rule of Civil Procedure 5.2; and

WHEREAS this Stipulation is not related to any other litigation and is limited to the facts and circumstances of this action; nothing in this Stipulation shall be deemed to be or to constitute a regular policy, practice, or procedure applicable to Defendants; and this Stipulation has no precedential value in any proceeding and shall not be cited, used, or admissible in any other action or proceeding, except as may be necessary to secure compliance with the terms herein.

IT IS HEREBY ORDERED:

1. For the purposes of this Order, "Identifying Information" shall mean information that establishes the identity of a named plaintiff as a named plaintiff or information that establishes the identity of family members of a named plaintiff as family members of a named plaintiff, including the real name of a minor or non-minor named plaintiff, the real name of a named plaintiff's parent(s), or the real date of birth of a minor or non-minor named plaintiff.

2. For the purposes of this Order, "Counsel for Plaintiffs" shall mean: (a) all staff, agents and instrumentalities employed or hired by the Legal Aid Society; (b) all staff, agents and instrumentalities employed or hired by

Jenner and Block LLP; and (c) any experts retained, employed or consulted by Legal Aid Society or Jenner and Block LLP for purposes of this litigation.

3. For the purposes of this Order, "Counsel for Defendants" shall mean (a) all staff, agents and instrumentalities employed or hired by the Office of the New York State Attorney General ("OAG"); and (b) any experts retained, employed or consulted by OAG for the purposes of this litigation.

4. Absent consent of the parties or further order of this Court, Identifying Information may be disclosed in connection with this action only to:

   a. Counsel for Plaintiffs;

   b. Counsel for Defendants;

   c. Defendant Harris-Madden and Defendant Hall, as individuals in their official capacities;

   d. OCFS employees and agents, to the extent necessary to defend this action, including to the extent necessary to facilitate production of records in response to discovery requests;

   e. Any witnesses to whom disclosure of such information is necessary to prepare that witness to provide deposition or hearing testimony in this action; and

   f. The Court, as provided for in paragraph 5 below.

5. Any paper filed with the Court electronically or otherwise that incorporates Identifying Information shall be redacted to remove all Identifying Information.

6. Individuals identified in subparagraphs 4(b) and (c) shall not use the Identifying Information for any purpose other than for the preparation or presentation of their case in this action, including any settlement negotiations in this action, and shall not disclose such Identifying Information except as permitted by the terms of the Stipulation and Order of Confidentiality.

7. Before Identifying Information is disclosed to individuals identified in subparagraphs 4(d) or (e), they shall be provided with a copy of this Stipulation and Order of Confidentiality, and shall consent in writing, in the form annexed hereto as Exhibit A, not to use the Identifying Information for any purpose other than in connection with the preparation or presentation of the claims and defenses in this case, and not to disclose such Identifying Information except as permitted by the terms of the Stipulation and Order of Confidentiality. The signed consent shall be retained by counsel and a copy shall be furnished to opposing counsel upon request.

8. Nothing herein shall be construed to limit the ability of OCFS or its employees to identify or interact with named plaintiffs in the ordinary course of OCFS operations, including ordinary operations with respect to the preservation and collection of records or the investigation of claims, provided that no Identifying Information is disclosed to a person not authorized under paragraph 4.

9. This Order shall be in addition to, and cumulative with, a comprehensive protective order applicable to discovery in this action, to be agreed-upon by the parties and entered by the Court.

10. The parties may seek further modification or amendment of this Order.

[Remainder of this page left blank.]

Dated: February 13, 2026
New York, New York

LETITIA JAMES
Attorney General
State of New York
*Attorney for Defendants*

By: /s/ *Meaghan E. Brennan*

Meaghan E. Brennan
Assistant Attorney General
28 Liberty Street
New York, New York 10005
Tel: (212) 416-8411
Meaghan.Brennan@ag.ny.gov

THE LEGAL AID SOCIETY

By: /s/ *Lisa Freeman*

Lisa Freeman
Kathryn Wood
Emma-Lee Clinger
Antony Gemmell

40 Worth Street
New York, NY 10013
Phone: (212) 577-3300
lafreeman@legal-aid.org
kwood@legal-aid.org
eclinger@legal-aid.org
agemmell@legal-aid.org

and

JENNER AND BLOCK LLP

By: /s/ *Jeremy M. Creelan*

Jeremy M. Creelan
Damian Williams
Jacob D. Alderdice

1155 Avenue of the Americas
New York, New York 10036
Phone: (212) 891-1600
JCreelan@jenner.com
DWilliams@jenner.com
JAlderdice@jenner.com

*Attorneys for Plaintiffs*

Notwithstanding anything to the contrary herein:

1.   Any papers filed under seal in this action shall be made part of the public record on or after 2/17/2026 unless the Court otherwise orders.

2.   Any person may apply to the Court for access to any papers filed under seal pursuant to this order. Should such an application be made, the person or persons who designated the sealed material as Confidential shall have the burden of establishing good cause for the continuation of the sealing order unless the Court previously made an individualized determination of the existence of good cause for sealing.

Dated:  2/17/26

Lewis A. Kaplan
United States District Judge

SO ORDERED this 17th of February, 2026.

Hon. Lewis A. Kaplan
United States District Judge

## Exhibit A

The undersigned hereby acknowledges that he/she has read the Stipulation and Order of Confidentiality entered in the United States District Court for the Southern District of New York on _____ in the action entitled *Marcus F. v. Harris-Madden*, 1:26-cv-148-LAK, and understands the terms therein. The undersigned agrees not to use the Identifying Information as defined therein for any purpose other than in connection with the preparation or presentation of the claims and defenses in this case, and not to disclose such Identifying Information except as permitted by the terms of the Stipulation and Order of Confidentiality.

Date:

Signature:

Printed Name:

Position/Occupation: