UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARCUS F., etc,., et al.,

                  Plaintiffs,

          -against-

DA MIA HARRIS-MADDEN, etc., et ano.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

26-cv-00148 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion for class certification (Dkt 4) is denied without prejudice to renewal.

        SO ORDERED.

Dated:      March 2, 2026

                                   Lewis A. Kaplan
                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/26