

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

April 30, 2026

**By ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    <u>Marcus F. v. Harris-Madden</u>,
             1:26-cv-00148-LAK (S.D.N.Y.)

Dear Judge Kaplan:

      Pursuant to Your Honor's Rules for Individual Practices at 4, defendants Dr. DaMia Harris-Madden, in her official capacity as Commissioner of the New York State Office of Children and Family Services ("OCFS"), and Norman Hall, in his official capacity as Deputy Commissioner of OCFS's Division of Juvenile Justice and Opportunities for Youth (collectively, "Defendants"), write to respectfully request that ECF No. 42-5 be permanently sealed pursuant to the Confidentiality Stipulation and Protective Order entered March 27, 2026, ECF No. 39, as it contains information that has been designated "Confidential." The document is currently temporarily and administratively sealed by the Electronic Case Filing Help Desk for the U.S. District Court for the Southern District of New York. A redacted version has been filed at ECF No. 43-5.

      Thank you for your consideration of this request.

                      Sincerely,

                      /s/ Meaghan E. Brennan
                      Meaghan E. Brennan
                      Assistant Attorney General
                      (212) 416-8411
                      Meaghan.Brennan@ag.ny.gov

cc: Counsel of record