

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

April 30, 2026

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5-1-26

**By ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    Marcus F. v. Harris-Madden,
       1:26-cv-00148-LAK (S.D.N.Y.)

Dear Judge Kaplan:

Pursuant to Your Honor's Rules for Individual Practices at 4, defendants Dr. DaMia
Harris-Madden, in her official capacity as Commissioner of the New York State Office of
Children and Family Services ("OCFS"), and Norman Hall, in his official capacity as Deputy
Commissioner of OCFS's Division of Juvenile Justice and Opportunities for Youth (collectively,
"Defendants"), write to respectfully request that ECF No. 42-5 be permanently sealed pursuant
to the Confidentiality Stipulation and Protective Order entered March 27, 2026, ECF No. 39, as
it contains information that has been designated "Confidential." The document is currently
temporarily and administratively sealed by the Electronic Case Filing Help Desk for the U.S.
District Court for the Southern District of New York. A redacted version has been filed at ECF
No. 43-5.

Thank you for your consideration of this request.

*The requested document is sealed subject only to subsequent and unregistered order of the Court. Thus, it is not sealed "permanently."*

Sincerely,

/s/ Meaghan E. Brennan
Meaghan E. Brennan
Assistant Attorney General
(212) 416-8411
Meaghan.Brennan@ag.ny.gov

cc: Counsel of record

**SO ORDERED**

_____
**LEWIS A. KAPLAN, USDJ**

5/1/26