USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  05/15/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCUS F., et al.,

                    Plaintiffs,

          -against-

DAMIA HARRIS-MADDEN, *in her official capacity as Commissioner of the New York State Office of Children and Family Services*, et al.,

                    Defendants.

---

26-CV-148 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On February 2, 2026, the Court so-ordered the parties' stipulated Scheduling Order for Discovery in Anticipation of Plaintiffs' Expected Motion for a Preliminary Injunction (Sched. Order) (Dkt. 27). Defendants were to serve their responses and objections to plaintiffs' written discovery demands by February 23, 2026; document production was to be substantially completed by today; and up to five depositions (limited to three hours each) are to be completed by June 12, 2026. Sched. Order at 1-2.

It appears that the document production date has not been met, placing the remainder of the schedule in jeopardy. By letter-motion dated April 28, 2026 (Pl. Ltr.) (Dkts. 40, 41), plaintiffs seek an order compelling defendant to produce additional documents "central to Plaintiffs' anticipated preliminary injunction motion." Pl. Ltr. at 1. In their responding letter, dated April 30, 2026 (Def. Ltr.) (Dkt. 43), defendants argue, among other things, that the motion is not ripe, *see* Def. Ltr. at 1, and suggest that the relevant discovery deadlines be extended. *Id*. at 1, 4. The District Judge has referred the dispute to me for resolution. *See* Dkt. 47.

The Court will conduct a discovery conference on **May 19, 2026,** at **9:30 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New

York, NY 10007. Although the parties' letter-briefs are not models of clarity, the Court understands that the following issues are in dispute:

1. Whether, in response to plaintiffs' request for production (RFP) 1 (seeking documents and communications concerning the "imposition, use, Restrictions, extension or termination of Solitary Confinement in the Facilities"), defendants must search for and produce responsive relevant electronic communications (*e.g.*, emails) and, if so, pursuant to what search protocols and on what timeline; and

2. Whether defendants must produce documents responsive to RFP 11 (seeking documents "concerning unit-wide or Facility-wide lockdowns at each Facility"), regardless of whether those documents are responsive to other RFPs, and, if so, pursuant to what search protocols and on what timeline.

At the May 19 conference, the parties must be prepared to explain, concisely: (i) what documents defendants have produced thus far in response to RFPs 1 and 11; (ii) whether the parties have further discussed *either* appropriate search protocols *or* an appropriate discovery extension with respect to those two RFPs, and, if so, what if any agreements have been reached; (iii) whether and when plaintiffs inspected the "logs" referenced in RFP 13, and, if so, whether the parties have reached any agreements, regarding further discovery of those logs, that impacts the disputes now before the Court; and (iv) whether plaintiffs have identified – and begun scheduling the depositions of – the witnesses they wish to examine pursuant to the Scheduling Order

Dated: New York, New York        **SO ORDERED.**
      May 15, 2026

                                          _____
                                          **BARBARA MOSES**
                                          **United States Magistrate Judge**