UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCUS F., et al., | |
| Plaintiffs, | |
| -against- | |
| DAMIA HARRIS-MADDEN, *in her official capacity as Commissioner of the New York State Office of Children and Family Services*, et al., | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___05/19/26___

26-CV-148 (LAK) (BCM)

**ORDER AMENDING DISCOVERY DEADLINES AND SETTING DISCOVERY PARAMETERS**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's discovery conference, plaintiffs' April 28, 2026 discovery is resolved as follows:

1.     Certain deadlines set forth in the February 2, 2026 Scheduling Order for Discovery in Anticipation of Plaintiffs' Expected Motion for a Preliminary Injunction (Dkt. 27) are EXTENDED:

| Original Deadline | Extended Deadline | Discovery |
|---|---|---|
| May 15, 2026 | **July 15, 2026** | Plaintiffs and Defendants shall substantially complete their production of documents in response to all remaining requests. |
| May 18, 2026 | **July 20, 2026** | The Parties shall serve not more than five (5) notices of deposition per side including any deposition(s) pursuant to Rule 30(b)(6) without further leave of Court; the parties shall seek such leave for additional depositions, including any expert depositions, if the evidence sought is relevant to Plaintiffs' expected motion for preliminary injunction. |
| June 12, 2026 | **August 11, 2026** | Unless subject to a pending motion, depositions shall be completed on or before this date. Such depositions shall not exceed 3 hours each and shall be limited to issues relating to Plaintiffs' expected motion for a preliminary injunction. |

| Original Deadline | Extended Deadline | Discovery |
|---|---|---|
| June 1, 2026 | **July 31, 2026** | Parties shall serve any expert discovery requests/notices seeking physical access to OCFS secure facilities. |
| June 29, 2026 | **August 28, 2026** | Unless subject to a pending motion, expert site visits shall be completed on or before this date. |

2.    In addition to the documents previously produced, defendants must produce electronic communications collected from a maximum of ten custodians: the two named defendants (Harris-Madden and Hall); the three individuals named by plaintiffs' counsel at today's conference (Forsythe, Nagle, and Packatar (phonetic)); and one director *or* assistant director from each of the five OCFS facilities identified in plaintiffs' complaint.

3.    Defendants must promptly confirm to plaintiffs that email is the primary mode of business communication used by the custodians described above. If email is not their primary mode of business communication, defendants must promptly disclose what programs or apps they use for business communication, and the parties must meet and confer, in good faith, to determine what databases or accounts (other than email) should be searched for relevant electronic communications.

4.    The search for relevant electronic communications must cover a period no longer than one year (*e.g.*, January-December 2025, *or* February 2025-February 2026).

5.    The parties must promptly meet and confer to narrow and refine the search terms (preliminarily discussed during the May 19 conference) to be used in the collection of relevant electronic communications.

6.    No later than **June 3, 2026**, the parties must submit a joint letter to the Court, via ECF, confirming that they have agreed upon the databases, the custodians, the time

period, the search terms, and any other necessary parameters for the collection and production of relevant electronic communications. If the parties remain in disagreement about these matters, they must concisely outline their respective positions so that the Court can resolve the matter.

7.    Once the parameters have been agreed upon (or resolved by the Court) defendants must promptly commence the collection and production process, on a rolling basis, to be substantially completed by **July 15, 2026**.

The Clerk of Court is respectfully directed to close the motion at Dkts. 40 and 41.

Dated: New York, New York
       May 19, 2026

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**

3