1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

**JENNER&BLOCK** LLP

# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___06/05/26___

June 3, 2026

Jeremy M. Creelan
Tel  +1 212 891 1678
JCreelan@jenner.com

**VIA ECF**
The Honorable Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re:     ***Marcus F., et al. v. Harris-Madden, et al.***, No. 1:26-cv-00148-LAK-BCM

Dear Judge Moses:

We write on behalf of the parties in the above-captioned action in accordance with Your order dated May 19, 2026 ("Order"), ECF No. 49, which states that "[n]o later than June 3, the parties must submit a joint letter to the Court, via ECF, confirming that they have agreed upon the databases, the custodians, the time period, the search terms, and any other necessary parameters for the collection and production of relevant electronic communications." Order ¶ 6. In the weeks since the May 19 conference, the parties have conferred and reached substantial agreement on the parameters identified by the Court as to the collection of electronic communications, as set forth in further detail below. The parties are continuing to confer cooperatively as to search terms for the review and production of documents and will update the Court no later than June 17, 2026—or earlier, if ordered by the Court—as to the parties' progress.

I.      **Databases**

Per the Order, Defendants have confirmed that email functions as the primary mode of written communication used by the custodians listed below. The parties agree that custodians' electronic communications will be searched for relevant documents.

II.     **Custodians**

Listed below are the ten custodians on which the parties have agreed. This list contains the facility directors from each of the five New York State Office of Children and Family Services (OCFS) secure placement facilities identified in Plaintiffs' complaint and the two named defendants.

Consistent with Your Honor's statements at the May 19 conference advising that the parties may negotiate different custodians than those identified in paragraph 2 of the Order, the parties have

CENTURY CITY  CHICAGO  LONDON  LOS ANGELES  NEW YORK  SAN FRANCISCO  WASHINGTON, DC          JENNER.COM

June 3, 2026
Page 2

agreed to replace the three individual custodians identified in the Order—Christopher Forsyth, Christopher Nagle, and Heather Pakatar—with the three assistant directors listed below (nos. 8-10). As such, the agreed-upon custodians are as follows:

1. Dr. DaMia Harris-Madden (Commissioner; named defendant)
2. Norman Hall (Deputy Commissioner, Division of Juvenile Justice and Opportunities for Youth; named defendant)
3. Dominic Bucci (Facility Director, Brookwood Secure Center for Youth)
4. Jamaal Jackson (Facility Director, Goshen Secure Center)
5. Troy Hopson (Facility Director, Harriet Tubman Residential Center)
6. Steve LeFave (Facility Director, Industry Secure Center)
7. Robert Paoletti (Facility Director, MacCormick Secure Center)
8. Patrick Haggerty (Assistant Director of Programs, Brookwood Secure Center for Youth)
9. Michael Scordo (Assistant Director of Programs, Goshen Secure Center)
10. Jeff Rojas (Assistant Director of Programs, Industry Secure Center)

### III.    Time Period

The parties have agreed that the search for relevant electronic communications will include documents dating from March 1, 2025, through February 28, 2026.

### IV.    Search Terms

The parties have substantially agreed on an initial set of search terms for the collection of electronic communications and are continuing to work cooperatively to refine the search parameters for purposes of review and production. At this time, the parties do not believe they require the assistance of the Court to reach an agreement. The parties plan to update the Court again in two weeks—or earlier, if so ordered by the Court—on the parties' progress toward finalizing the search terms to be used in the identification of electronic communications to be reviewed for production.

Respectfully submitted,

*/s/ Jeremy Creelan*
Lisa Freeman
Kathlyn Wood
Jeremy Creelan
*Counsel for Plaintiffs*

---

The parties are directed to provide a further joint status update **no later than June 17, 2026**. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**June 5, 2026**