1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711          J E N N E R & B L O C K LLP

June 17, 2026

Jeremy Creelan
Tel +1 212 891 1678
Fax +1 212 909 0858
JCreelan@jenner.com

**VIA ECF**
The Honorable Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re:     *Marcus F., et al. v. Harris-Madden, et al., No. 1:26-cv-00148-LAK-BCM*

Dear Judge Moses:

We write on behalf of the parties in the above-captioned action in accordance with Your order dated May 19, 2026 ("Order"), ECF No. 49, and subsequent order dated June 5, 2026, ECF No. 51, instructing the parties to submit a joint letter confirming the parties "have agreed upon the databases, the custodians, the time period, the search terms, and any other necessary parameters for the collection and production of relevant electronic communications." Order ¶ 6. On June 3, 2026, the parties submitted a joint letter to the Court, ECF No. 50, confirming that the parties had reached substantial agreement on the databases, custodians, and time period, and that the parties were continuing to confer cooperatively as to search terms, and would update the Court no later than June 17, 2026.

The parties now confirm they have finalized an agreement on the search terms to be used in the identification of electronic communications to be reviewed for production.

Respectfully submitted,

*/s/ Jeremy Creelan*
Lisa Freeman
Kathryn Wood
Jeremy Creelan
*Counsel for Plaintiffs*

CENTURY CITY  CHICAGO  LONDON  LOS ANGELES  NEW YORK  SAN FRANCISCO  WASHINGTON, DC          ENNER.COM