USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/14/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS F., et al.,

Plaintiffs,

-against-

DAMIA HARRIS-MADDEN and NORMAN HALL,

Defendants.

26-CV-148 (LAK) (BCM)

**ORDER SCHEDULING DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

It is ORDERED that a discovery conference will take place on **July 27, 2026** at **11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The parties should be prepared to address plaintiffs' June 29, 2026 letter-motion (Dkt. 53). Defendants are directed to bring an exemplar "logbook" for the Court's review. (*See* Dkt. 55 at 4.)

Dated: New York, New York
July 14, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**