USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 07/27/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS F., et al.,

Plaintiffs,

-against-

DAMIA HARRIS-MADDEN, *in her official capacity as Commissioner of the New York State Office of Children and Family Services*, et al.,

Defendants.

26-CV-148 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's discovery conference, plaintiffs' June 29, 2026 letter-motion is GRANTED IN PART, as follows:

1. Certain deadlines previously extended by the Court's May 19, 2026 Order Amending Discovery Deadlines and Setting Discovery Parameters (Dkt. 49) are further EXTENDED:

| Initial Extended Deadline | Further Extended Deadline | Discovery |
|---|---|---|
| July 15, 2026 | **October 30, 2026** | Plaintiffs and Defendants shall substantially complete their production of documents in response to all remaining requests. Documents shall be produced on a rolling basis during this period. |
| July 20, 2026 | **November 4, 2026** | The Parties shall serve not more than five (5) notices of deposition per side including any deposition(s) pursuant to Rule 30(b)(6) without further leave of Court; the parties shall seek such leave for additional depositions, including any expert depositions, if the evidence sought is relevant to Plaintiffs' expected motion for preliminary injunction. |
| August 11, 2026 | **November 25, 2026** | Unless subject to a pending motion, depositions shall be completed on or before this date. Such depositions shall not exceed 3 hours each and shall be limited to issues relating to Plaintiffs' expected motion for a preliminary injunction. |

| Initial Extended Deadline | Further Extended Deadline | Discovery |
|---|---|---|
| July 31, 2026 | **November 17, 2026** | Parties shall serve any expert discovery requests/notices seeking physical access to OCFS secure facilities. |
| August 28, 2026 | **December 15, 2026** | Unless subject to a pending motion, expert site visits shall be completed on or before this date. |

2. The parties must promptly meet and confer to reach agreement on how, through their combined resources, they propose to accomplish the timely production of the remaining documents, including the hard-copy logbooks and electronic shift summaries (limited to the same months that plaintiffs designated for the logbooks) that are the subject of plaintiff's June 29, 2026 motion, which must be redacted to avoid disclosing, *inter alia*, the full names of persons who are or have been under the care or supervision of OCFS and are not named plaintiffs in this action. To this end, plaintiffs' counsel may expedite the scanning, review, redaction, and production process by contributing personnel, sharing costs, or both.[1]

3. No later than **July 31, 2026**, the parties must submit a proposed order to the Court, via ECF, reflecting their agreement regarding ¶ 2 above.

The Clerk of Court is respectfully directed to close the motion at Dkt. 53.

Dated: New York, New York
July 27, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**

[1] As discussed during today's conference, plaintiffs' counsel and/or their qualified discovery vendor may have temporary custody of unredacted logbooks and/or shift summaries, during the scanning, review, and/or redaction process, as needed to expedite those processes.