NEW YORK STATE ATTORNEY GENERAL

**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

November 2, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/05/26

**MEMO ENDORSED**

**By ECF**
The Honorable Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Marcus F. v. Harris-Madden, 1:26-cv-00148-LAK-BCM (S.D.N.Y.)

Dear Judge Moses:

Pursuant to Your Honor's Individual Practices Rule 1.b, I write on behalf of the parties to the above-captioned action to respectfully request a two-week stay of the discovery schedule entered July 28, 2026, ECF No. 58, for purposes of continuing ongoing settlement discussions.

The parties have been engaged in expedited discovery for the past nine months. Per the Court's July 28, 2026 Order, the deadline for substantial completion of document discovery was on October 30, 2026. ECF No. 58 at 1. Absent a stay, the parties are now to complete up to ten depositions between November 4 and November 25, 2026, and complete expert discovery between November 17 and December 15, 2026. Id.

Concurrently with expedited discovery, the parties have been engaged in settlement discussions. The parties have made meaningful progress, but have not yet reached agreement on key settlement terms. The parties believe that a short two-week stay of deposition and expert-related discovery will allow the parties to focus on those key settlement terms. If the parties are able to make additional meaningful progress, the parties expect to request an additional stay of discovery.

Thank you for consideration of this request.

Sincerely,

/s/ Meaghan E. Brennan
Meaghan E. Brennan
Assistant Attorney General
(212) 416-8411
Meaghan.Brennan@ag.ny.gov

cc: Counsel of record (by ECF)

Application GRANTED to the extent that the remaining discovery deadlines in the Court's July 27, 2026 Order (7/27/26 Order) (Dkt. 58) are hereby EXTENDED as follows:

1. Deposition notices must be served no later than **November 18, 2026**.

2. Depositions must be completed no later than **December 9, 2026**.

3. Expert discovery requests/notices must be served no later than **December 1, 2026**.

4. Expert site visits must be completed no later than **December 29, 2026**.

All other provisions of the 7/27/26 Order remain in effect. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**November 5, 2026**